**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **SHANNON SCHULTE, on behalf of** | ) | **Case No. 1:09-CV-06655** |
| **herself and all others similarly situated** | ) | |
| | ) | **The Honorable Robert M. Dow, Jr.** |
| **Plaintiff,** | ) | |
| | ) | |
| **-v-** | ) | |
| | ) | |
| **FIFTH THIRD BANK** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO**
**FILE A BRIEF IN EXCESS OF THE PAGE LIMIT**

Plaintiffs Shannon Schulte and Marlene Willard[1] ("Plaintiffs"), individually and on behalf of the Settlement Class, by and through Settlement Class Counsel, and as their Motion for Leave to File a Brief in Excess of the Page Limit state as follows:

1.     On September 10, 2010 the Court granted preliminary approval of the Settlement in this matter. [D.E. #59]

2.     The Final Fairness Hearing is currently scheduled for March 16, 2011. [D.E. #70]

3.     In order to fully respond to the issues raised in the Court's preliminary approval order, and to address the issues raised in objections to the settlement, and despite Settlement Class Counsel's diligent efforts to comply with the Court's fifteen (15) page limit, Plaintiffs' memorandum is forty-one (41) pages in length. A copy of Plaintiffs' memorandum is attached hereto as Exhibit 1.

---

[1] Marlene Willard brought a separate lawsuit in the Northern District of Georgia against Defendant Fifth Third Bank, Case No. 1:10-CV-00271.  While Plaintiff Willard is not a party to the Illinois action, upon entry of final approval of the settlement, the *Willard* action will be dismissed with prejudice, in the Northern District of Georgia.

WHEREFORE, Plaintiffs respectfully request that the Court grant them leave to file their Motion and Memorandum in Support of Final Approval of the Settlement Agreement, which exceeds fifteen pages.

Dated: March 7, 2011                                Respectfully submitted,


                                                    __/s/ Ben Barnow_____
                                                    Ben Barnow
                                                    Barnow and Associates, P.C.
                                                    One North LaSalle Street, Suite 4600
                                                    Chicago, IL 60602
                                                    Telephone: (312) 621-2000
                                                    Facsimile: (312) 641-5504



**<u>Certificate of Service by Electronic Means</u>**

I, Ben Barnow, one of the attorneys for Plaintiff, hereby certify that the proceeding document was caused to be served electronically this 7th day of March 2011, pursuant to ECF as to Filing users, and that I shall comply with LR 5.5 as to any party who is not a filing user or represented by a filing user.

                                                    /s/ Ben Barnow_____

2