**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Shannon Schulte, et al.
                      Plaintiff,

v.                                        Case No.: 1:09−cv−06655
                                             Honorable Robert M. Dow Jr.

Fifth Third Bank
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 28, 2011:

      MINUTE entry before Honorable Robert M. Dow, Jr: The Court has received an extraordinary volume of telephone calls recently inquiring about the status of the opinion on the motion for final approval of the proposed settlement. The Court anticipates issuing a ruling in the near future and advises the parties and class members that any further inquiries should be directed to class counsel, whose contact information can be found on the Settlement Website, not the Courtroom Deputy. Notices Mailed by Judge's Staff (tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.