## The Andela Consulting Group, Inc.
16311 Ventura Blvd., Suite 845
Encino, CA 91436

Thomas A. Tarter
Managing Director
Expert Witness – Banking
Consulting – Financial and Management

Phone: (818) 380-3102
Fax: (818) 501-5412
E-Mail: ttarter@earthlink.net

March 5, 2011

Jeffrey Kaliel, Esq.
Tycko & Zavareei LLP
2000 L Street, NW, Suite 808
Washington, DC 20036

Re:   Fifth Third Bank Matter

## STATEMENT

Bill for Services Rendered:
   January 12, 2011 – March 4, 2011

   **FEES**: T. Tarter
   90.25 hrs @ $275.00 per hour                              $ 24,818.75

   SUBTOTAL                                                  $ 24,818.75

   **EXPENSES**:
   | | |
   |---|---|
   | Mileage: miles @ $0.46 mile | 00.00 |
   | Telephone: Long distance | 00.00 |
   | Photocopies | 00.00 |
   | Hotel | 00.00 |
   | Paraprofessional/Research – 15.50hrs @ $85 per hr | 1,317.50 |
   | Ron Clouse Research – 80.50hrs @ $125 per hr. | 10,062.50 |
   | Judith Stein, PhD. Analysis – 4.00hrs @ $125 per hr. | 500.00 |

                                                              $ 11,880.00
**BALANCE DUE**                                               $ 36,698.75

Please Make Payment to:
The Andela Consulting Group, Inc.
16311 Ventura Blvd., Suite 845
Encino, CA  91436
(Tax ID # 95-4511452)

MSWord/tarter/billings/FTB.B1