IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHANNON SCHULTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 09 C 06655 |
| vs. | ) |
| | ) Judge Robert M. Dow, Jr. |
| FIFTH THIRD BANK, | ) |
| | ) Magistrate Judge Martin C. Ashman |
| Defendant. | ) |

**FIFTH THIRD BANK'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Pursuant the terms of a class action settlement agreement, which was given final approval by this Court, Fifth Third Bank ("Fifth Third"), by its undersigned counsel, hereby moves this Court for an order enforcing the terms of the previously approved class action settlement in the above-captioned action (the "*Schulte* Action") against Creative Home Accents, LLC ("Creative Home"). As set forth more fully in the contemporaneously filed Memorandum in Support, Fifth Third's Motion to Enforce the Settlement Agreement should be granted for the following reasons:

1. Creative Home was a participating member of the settlement class in the *Schulte* Action. It did not exclude itself from the settlement and did not file an objection to any of the settlement terms. Rather, Creative Home filed a claim in the settlement seeking reimbursement of overdraft fees.

2. Despite being a member of the settlement class, Creative Home filed a purported class action against Fifth Third in the United States District Court for the Northern District of Ohio (the "*Creative Home* Action"), which primarily is based on the same allegations

contained in the *Schulte* Action – *i.e.*, Fifth Third improperly "re-sequenced" debit card transactions from highest amount to lowest amount.

   3.  The claims in the *Creative Home* Action have been litigated, settled, and released in the *Schulte* Action. As a participating settlement class member in the *Schulte* Action, Creative Home cannot attempt to re-litigate any portion of the settlement that previously received final approval from the Court. In addition, the release contained in the settlement clearly applies to any past and future claims that in any way relate to the "re-sequencing" of debit card and ATM transactions.

   **WHEREFORE**, Fifth Third respectfully requests that this Court grant its Motion to Enforce the Settlement Agreement and preclude Creative Home from pursuing claims that were adjudicated and released in the *Schulte* Action.

               Respectfully submitted,

               /s/ Drew M. Hicks
               James E. Burke (admitted pro hac vice)
               Drew M. Hicks (admitted pro hac vice)
               KEATING MUETHING & KLEKAMP PLL
               One East Fourth St.
               Suite 1400
               Cincinnati, Ohio 45202
               Phone: (513) 579-6400
               Fax: (513) 579-6457
               jburke@kmklaw.com
               dhicks@kmklaw.com

               -and-

               Steven A. Levy
               Roger A. Lewis
               GOLDBERG KOHN LTD.
               55 East Monroe Street, Suite 3300
               Chicago, Illinois 60603
               Phone: (312) 201-4000
               Fax: (312) 332-2196

steven.levy@goldbergkohn.com
roger.lewis@goldbergkohn.com

*Attorneys for Defendant,
Fifth Third Bank*